# United States District Court
**For The Western District of North Carolina**

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (Petty / Misdemeanor Offenses) |
| Cheri M. Abraham | Case Number: DNCW312PO000003-001 |
| | USM Number: |
| | C. Melissa Owen |
| | Defendant's Attorney |

**THE DEFENDANT:**

| | |
|---|---|
| X | pleaded guilty to count(s) 1 |
| _ | Pleaded guilty to violation(s) |
| _ | Pleaded not guilty to count(s) |
| _ | Pleaded not guilty to violation(s) |

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18:113(a)(5) | Simple Assault | 11/12/2011 | 1 |

_ Counts(s) (is)(are) dismissed on the motion of the United States.
_ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
_ Found not guilty as to:

**IMPOSITION OF SENTENCE:**

1. Twenty-four (24) Months Probation and $10 special assessment

2. The defendant shall be placed on home detention with location monitoring technology for a period of SIX (6) MONTHS, to commence as determined by USPO. During this time the defendant is restricted to the defendant's place of residence at all times except for employment; activities seeking employment, education; religious services; medical, substance abuse or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities pre-approved by USPO.

3. The defendant shall maintain a telephone at the defendant's place of residence without any "call forwarding", "Caller ID services," "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service.

4. The defendant is to pay the cost of the location monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the location monitoring shall be made in accordance with probation officer's direction. Changes to the established rate can be made by the probation officer subject to supervisory approval.

_ The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $_____ Per month.**

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Date of Imposition of Sentence: 9/17/12

_____
David C. Keesler
United States Magistrate Judge

Date Signed: October 1, 2012

**RETURN**

I have executed this Judgment as follows: _____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal