IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-PO-00003-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CHERI M. ABRAHAM, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Unopposed Motion To Terminate Probation" (Document No. 8) filed June 10, 2014. Having carefully considered the motion and the record, and noting that the Government does not oppose the motion, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Unopposed Motion To Terminate Probation" (Document No. 8) is **GRANTED**.

**SO ORDERED**.

Signed: August 4, 2014

David C. Keesler
United States Magistrate Judge